UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **LANCE HANKINS** | **CASE NO. 6:24-CV-01258** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SAMUEL GILES BRADLEY, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

### JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections thereto, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Genesee and Wyoming, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (Rec. Doc. 8) is GRANTED, and Plaintiff's claims against Genesee and Wyoming, Inc. are DISMISSED.

Signed at Lafayette, Louisiana, this 18th day of November, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE